```
 1  STROOCK & STROOCK & LAVAN LLP
    MICHAEL F. PERLIS (State Bar No. 095992)
 2  EMAIL: MPERLIS@STROOCK.COM
    ALLAN S. COHEN (State Bar No. 115532)
 3  EMAIL: ACOHEN@STROOCK.COM
    2029 Century Park East
 4  Los Angeles, CA 90067-3086
    Telephone: 310-556-5800
 5  Facsimile: 310-556-5959

 6
    Attorneys for Defendant
 7  FEDERAL INSURANCE COMPANY
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CASUALTY INSURANCE COMPANY, | Case No. 2701 |
| Plaintiffs, | CERTIFICATE OF INTERESTED PARTIES |
| vs. | |
| FEDERAL INSURANCE COMPANY, DOES 1-10, ROES 1-10, AND MOES 1-10, inclusive | |
| Defendants. | |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that, in addition to the above-captioned Defendant, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

LA 51052350

1  
2         The Chubb Corporation          Parent Corporation of Federal Insurance Co.
3  
4  Dated: May 28, 2008                   STROOCK & STROOCK & LAVAN LLP
                                         MICHAEL F. PERLIS
5                                        ALLAN S. COHEN
6                                        By: /s/ Michael F. Perlis
                                             _____
7                                            Michael F. Perlis

8                                        Attorneys for Defendant
                                         FEDERAL INSURANCE COMPANY
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

LA 51052350