STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS (State Bar No. 095992)
EMAIL: MPERLIS@STROOCK.COM
ALLAN S. COHEN (State Bar No. 115532)
EMAIL: ACOHEN@STROOCK.COM
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, DOES 1-10, ROES 1-10, AND MOES 1-10, inclusive<br><br>Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>(FRCP, RULE 7.1) |

PURSUANT TO FRCP, RULE 7.1, FEDERAL INSURANCE COMPANY ("FEDERAL") HEREBY SUBMITS ITS DISCLOSURE STATEMENT:

(1) Federal is a wholly-owned subsidiary of The Chubb Corporation. No other publicly held corporation owns ten percent (10%) or more of the stock of Federal; and

1     (2)   The Chubb Corporation is a publicly held holding company. No
2 publicly held entity owns ten percent (10%) or more of The Chubb Corporation's
3 common stock.

4

5 Dated: May 28, 2008           STROOCK & STROOCK & LAVAN LLP
                                            MICHAEL F. PERLIS
6                                             ALLAN S. COHEN

7                                     By: _____
8                                          Michael F. Perlis

9                                             Attorneys for Defendant
10                                           FEDERAL INSURANCE COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA 51053361v1