STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS (State Bar No. 095992)
EMAIL: MPERLIS@STROOCK.COM
ALLAN S. COHEN (State Bar No. 115532)
EMAIL: ACOHEN@STROOCK.COM
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
 FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CASUALTY INSURANCE COMPANY, | Case No. C 08-02701 VRW |
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| FEDERAL INSURANCE COMPANY, DOES 1-10, ROES 1-10, AND MOES 1-10, inclusive | |
| Defendants. | |

LA 51056035

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On May 29, 2008, I served the foregoing document(s) described as: **SEE ATTACHED LIST OF DOCUMENTS** on the interested parties in this action as follows:

> David C. Werner, Esq.
> Bryan E. Quilo, Esq.
> Law Offices of David C. Werner
> 23422 Mill Creek Drive, Suite 110
> Laguna Hills, California 92653

☐ **(VIA PERSONAL SERVICE)** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☐ **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the [court name]'s electronic case filing service, on [date]. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

- 1 -

LA 51056035

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
2
3  Executed on May 29, 2008, at Los Angeles, California.
4  Colleen DeLee                                    [Signature]
   [Type or Print Name]
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA 51056035

## LIST OF DOCUMENTS

1. U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

2. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. VAUGHN R. WALKER, UNITED STATES DISTRICT CHIEF JUDGE STANDING ORDER – ALL CASES

4. ORDER SETTING CASE MANAGEMENT CONFERENCE

5. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

6. CIVIL COVER SHEET

7. CORPORATE DISCLOSURE STATEMENT

8. CERTIFICATE OF INTERESTED PARTIES

9. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b)

10. NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

11. ANSWER OF DEFENDANT FEDERAL INSURANCE COMPANY

LA 51056035