```
1  STROOCK & STROOCK & LAVAN LLP
   MICHAEL F. PERLIS (State Bar No. 095992)
2  EMAIL: MPERLIS@STROOCK.COM
   ALLAN S. COHEN (State Bar No. 115532)
3  EMAIL: ACOHEN@STROOCK.COM
   2029 Century Park East
4  Los Angeles, CA  90067-3086
   Telephone:  310-556-5800
5  Facsimile:  310-556-5959

6
   Attorneys for Defendant
7    FEDERAL INSURANCE COMPANY
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CASUALTY INSURANCE COMPANY, | Case No.  C 08-02701 VRW |
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| FEDERAL INSURANCE COMPANY, DOES 1-10, ROES 1-10, AND MOES 1-10, inclusive | |
| Defendants. | |

LA 51056035

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

    On June 4, 2008, I served the foregoing document(s) described as: **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION** on the interested parties in this action as follows:

> David C. Werner, Esq.
> Bryan E. Quilo, Esq.
> Law Offices of David C. Werner
> 23422 Mill Creek Drive, Suite 110
> Laguna Hills, California  92653

☐ **(VIA PERSONAL SERVICE)** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☐ **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the [court name]'s electronic case filing service, on [date]. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

LA 51056035

1     I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

2

3     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4     Executed on June 4, 2008, at Los Angeles, California.

5     Colleen DeLee                     /s/ Colleen DeLee

[Type or Print Name]                        [Signature]

LA 51056035

- 2 -