**LAW OFFICES OF DAVID C. WERNER**
Joseph G. Young, SBN: [83069]
23422 Mill Creek Drive, Suite 110
Laguna Hills, California 92653
Telephone: (949) 460-9280
Facsimile: (949) 460-9286

Attorneys for Plaintiff: CALIFORNIA CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CASUALTY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, DOES 1-10, ROES 1-10, AND MOES 1-10, inclusive<br><br>Defendants. | CASE NO: C 08-02701 VRW<br><br>**PLAINTIFF, CALIFORNIA CASUALTY INSURANCE COMPANY'S DEMAND FOR JURY TRIAL** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, CALIFORNIA CASUALTY INSURANCE COMPANY hereby demands a Jury Trial.

DATED: June 4, 2008         LAW OFFICES OF DAVID C. WERNER

By: _____
JOSEPH G. YOUNG
Attorneys for Plaintiff:
CALIFORNIA CASUALTY INSURANCE COMPANY

Law Offices
Of
David C. Werner

1

DEMAND FOR JURY TRIAL

1
2

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF ORANGE

3   I am a resident of the State of California, over the age of eighteen years, and not a party to the
4   within action. My business address is 23422 Mill Creek Drive, Suite 110, Laguna Hills, CA 92653.
    On June 5, 2008, I served the within documents(s):

5
6   **PLAINTIFF, CALIFORNIA CASUALTY INSURANCE COMPANY'S DEMAND FOR JURY TRIAL**

7   [X]  [MAIL] by placing the documents(s) listed above in the sealed envelope with postage fully
8        prepaid, in the United states mail at Laguna Hills, California, addressed as set forth below:

9   []   [FACSIMILE] by transmitting *Via Facsimile* the document(s) listed above to the fax
10       number(s) set forth below on this date before 5:00 p.m.

11  [ ]  [OVERNIGHT MAIL] by overnight courier of the document(s) listed above to the
12       person(s) at the address(es) set forth below.

13  [ ]  [PERSONAL DELIVERY] by causing delivery by Knox Attorney Service of the
         document(s) listed above to the person(s) at the address(es) set forth below.

14
15  [ ]  [PERSONAL SERVICE] by personally delivering the document(s) listed above to the
         person(s) at the address(es) set forth below.
         *[ORIGINAL PROOF OF PERSONAL SERVICE TO BE FILLED UNDER SEPARATE COVER]*

16
17                           **SEE "SERVICE LIST" ATTACHED**
18

19   I am readily familiar with the firm's practice of collection and processing correspondence for
20  mail. Under the practice, it would be deposited with the U.S. Postal Service on the same day with
    postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the
21  party served, service is presumed invalid if postal cancellation date or postage meter date is more
    than one day after date of deposit for mailing in affidavit.

22
23   I declare under penalty of perjury under the laws of the State of California that the above is
    true and correct. Executed on June 5, 2008, in Laguna Hills, California.

24
25                                                      _____
                                                         LAURINDA L. SPAULDING
26
27
28

Law Offices
Of
David C. Werner

2

DEMAND FOR JURY TRIAL

## "SERVICE LIST"
## CCI V. FEDERAL INSURANCE

| Stroock & Stroock & Lavan LLP<br>Michael F. Perlis, Esq.<br>Allan S. Cohen, Esq.<br>2029 Century Park East<br>Los Angeles, CA 90067<br><br>(310) 556-5800<br>FAX: (310) 556-5959 | Attorneys for Defendants: FEDERAL INSURANCE COMPANY |
|---|---|