STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS (State Bar No. 095992)
EMAIL: MPERLIS@STROOCK.COM
ALLAN S. COHEN (State Bar No. 115532)
ACOHEN@STROOCK.COM
RICHARD R. JOHNSON (State Bar No. 198117)
EMAIL: RJOHNSON@STROOCK.COM
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, DOES 1-10, ROES 1-10, AND MOES 1-10, inclusive<br><br>Defendant. | Case No. CV 08-2701 VRW<br><br>[Assigned to the Honorable Vaughn R. Walker]<br><br>**[PROPOSED] ORDER GRANTING MOTION OF FEDERAL INSURANCE COMPANY FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION PURSUANT TO FED. R. CIV. P. 56**<br><br>Date:  December 11, 2008<br>Time:  2:30 p.m.<br>Ctrm:  6<br><br>[Notice of Motion and Motion for Summary Judgment; Memorandum in Support of Motion; Request for Judicial Notice; and Declaration of Jeffrey Gunchick lodged concurrently] |

LA 51076411

The Motion for Summary Judgment or, in the Alternative, for Summary Adjudication (the "Motion") filed by defendant Federal Insurance Company ("Federal"), came on regularly for hearing on December 11, 2008 in Courtroom 6 of the above-captioned Court.

After full consideration of the evidence and authorities submitted by, and arguments of, the parties, the Court finds that there is no triable issue of material fact, and the Motion is granted as follows:

1. Summary judgment is granted in defendant Federal's favor and against plaintiff California Casualty Insurance Company ("Plaintiff") as to all claims alleged against Federal.

Alternatively, Federal is entitled to summary adjudication as follows:

1. The $256,000 portion of the $2.5 million settlement sum paid in consideration for the $256,000 in breach-of-contract damages awarded by the jury is precluded from coverage by the Policy's Benefits Due Exclusion and/or the ill-gotten gains doctrine.

2. The $1,522,243 portion of the $2.5 million settlement sum paid in consideration for $744,700 in negligent-selection damages and for $777,543 in nuisance damages awarded by the jury is precluded by the Policy's Pollution Exclusion.

3. The $597,243 portion of the $2.5 million settlement sum paid in consideration for the economic damages portion of the negligent-selection damages and nuisance damages awarded by the jury is precluded by the Policy's Property Exclusion.

4. The $925,000 portion of the $2.5 million settlement sum paid in consideration for the non-economic damages portion of the negligent-selection damages and nuisance damages awarded by the jury is

precluded by the Policy's Bodily Injury and Mental or Emotional Distress Exclusion.

5. The $146,090.47 portion of the $2.5 million settlement sum paid in consideration for $146,090.47 in concealment damages awarded by the jury is barred from coverage by the Fraud Exclusion and/or Section 533 of the California Insurance Code.

6. The $225,450 portion of the $2.5 million settlement sum paid in consideration for $225,450 in bad faith damages awarded by the jury is barred from coverage by the Fraud Exclusion and/or Section 533 of the California Insurance Code.

7. The $343,875.43 portion of the $2.5 million settlement sum paid in consideration for $343,875.43 in *Brandt* fees recoverable in the underlying action is barred from coverage by the Fraud Exclusion and/or Section 533 of the California Insurance Code.

8. The $6,341.10 by which the $2.5 million settlement sum exceeded the $2,493,658.90 potentially recoverable in the underlying action is precluded from coverage by the Benefits Due Exclusion and/or the ill-gotten gains doctrine

9. Plaintiff's claim for "bad faith" is precluded, as a matter of law, by the "genuine dispute" doctrine.

/ / /

/ / /

/ / /

**IT IS THEREFORE ORDERED** that the Motion is granted and that judgment in this action shall be entered in favor of Federal in accordance with the matters adjudicated by the Court on the Motion.

Dated: _____

                                      The Honorable Vaughn R. Walker
                                      United States District Court Judge

Respectfully submitted by:

STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS
ALLAN S. COHEN
RICHARD R. JOHNSON


By:      /s/ Michael F. Perlis
        Michael F. Perlis
        Attorneys for Defendant
        Federal Insurance Company

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086