United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

California Casualty Insurance Company,

Plaintiff(s),

v.

Federal Insurance Company,

Defendant(s).

08-02701 VRW

**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: September 4, 2008

RICHARD W. WIEKING
Clerk
by: Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**PROOF OF SERVICE**

Case Name: California Casualty Insurance Company v. Federal Insurance Company

Case Number: 08-02701 VRW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

ADR Program
United States District Court
Norther District of California
450 Golden Gate Avenue Floor 16
San Francisco, CA 94102

On September 4, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

Bryan Edric Quilo
The Law Offices of David C. Werner
23422 Mill Creek Dr Ste 110
Laguna Hills, CA 92653

David Charles Werner
LAW OFFICES OF DAVID C. WERNER
23422 Mill Creek Dr Ste 110
Laguna Hills, CA 92653

Joseph G. Young
Law Offices of David C. Werner
23422 Mill Creek Drive
Ste., 110
Laguna Hills, CA 92653
jyoung@lodcw.com

Allan Stanley Cohen Esq.
Stroock & Stroock & Lavan
2029 Century Park East

Suite 1800
Los Angeles, CA 90067
acohen@stroock.com

Michael Fredrick Perlis
2029 Century Park East
Suite 1800
Los Angeles, CA 90067
mperlis@stroock.com

Richard Ray Johnson
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086
rjohnson@Stroock.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by: Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov