UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA CASUALTY
INSURANCE COMPANY
                    Plaintiff(s),

                                        Case No. 08-02701 VRW

                                        ADR CERTIFICATION BY PARTIES
                                        AND COUNSEL

        v.

FEDERAL INSRUANCE COMPANY,

                    Defendant(s).
_____/

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated:_____                              Federal Insurance Company
                                               _____
                                               [Party]

Dated: 9/5/08                                  _____
                                               [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

### PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )    ss
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On September 5, 2008, I served the foregoing document(s) described as: **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in this action as follows:

> David C. Werner, Esq.
> Bryan E. Quilo, Esq.
> Law Offices of David C. Werner
> 23422 Mill Creek Drive, Suite 110
> Laguna Hills, California 92653

☐ **(VIA PERSONAL SERVICE**  By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)**  In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)**  Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☐ **(VIA ELECTRONIC CASE FILING)**  I filed electronically the documents listed above, using the [court name]'s electronic case filing service, on [date]. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☐ **(VIA FACSIMILE)**  By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)**  By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

- 1 -

1    I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

2    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

3

4    Executed on September 5, 2008, at Los Angeles, California.

5    Colleen DeLee
     [Type or Print Name]                                    [Signature]

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA 51056035